# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 09/05/2017 |
| Case: 08–22425–ash | Form ID: 155amend | Total: 12 |

**Recipients of Notice of Electronic Filing:**
tr     Jeffrey L. Sapir–7     info@sapirlaw.com
aty     Bradley M. Zelenitz     bzelenitz@zsdlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Patrick Critton     153 Ridge Avenue, Apt. 1F     Yonkers, NY 10703
ust     United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014
smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201–551
smg     New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205–0300
smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007
4507351     AMERICAN EXPRESS     PO BOX 360002     FORT LAUDERDALE, FL 33336
4507352     ASSETCARE, INC.     PO BOX 15380     WILMINGTON, DE 19850–5380
4507353     ELITE RECOVERY SERVICES, INC.     PO BOX 3474     BUFFALO, NY 14240–3474
4507354     ELTMAN, ELTMAN & COOPER, P. C.     140 BROADWAY, 26TH FLOOR     NEW YORK, NY 10005
4507355     NCO FINANCIAL SYSTEMS, INC.     PO BOX 15894     WILMINGTON, DE 19850–5894

TOTAL: 10