UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––––––––X

In Re:  CHAPTER 7
Patrick Critton  CASE NO.: 08−22425−ash

Debtor(s)
––––––––––––––––––––––––––––––––––––––––––X

## AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE

It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on August 28, 2008 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

**ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on August 28, 2008 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: September 5, 2017
    White Plains , New York          /s/ Cecelia G. Morris
                                                                     Hon. Cecelia G. Morris
                                                                     Chief U.S. Bankrupty Judge

*Inquiries concerning this order may be directed to the Clerk's Office, at 914−467−7250.

United States Bankruptcy Court
Southern District of New York

In re:                                                                              Case No. 08-22425-ash
Patrick Critton                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7           User: admin              Page 1 of 1           Date Rcvd: Sep 05, 2017
                               Form ID: 155amend        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
```
db          +Patrick Critton,    153 Ridge Avenue, Apt. 1F,    Yonkers, NY 10703-3015
smg         +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg         +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
4507351     +AMERICAN EXPRESS,    PO BOX 360002,    FORT LAUDERDALE, FL 33336-0002
4507352      ASSETCARE, INC.,    PO BOX 15380,    WILMINGTON, DE 19850-5380
4507353      ELITE RECOVERY SERVICES, INC.,    PO BOX 3474,    BUFFALO, NY 14240-3474
4507354     +ELTMAN, ELTMAN & COOPER, P. C.,    140 BROADWAY, 26TH FLOOR,    NEW YORK, NY 10005-1108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 05 2017 22:03:38
               New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
               Albany, NY  12205-0300
ust           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 05 2017 21:59:57     United States Trustee,
               Office of the United States Trustee,    U.S. Federal Office Building,
               201 Varick Street, Room 1006,    New York, NY 10014-9449
4507355        E-mail/Text: egssupportservices@egscorp.com Sep 05 2017 22:01:07
               NCO FINANCIAL SYSTEMS, INC.,    PO BOX 15894,    WILMINGTON, DE 19850-5894
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
```
              Bradley M. Zelenitz    on behalf of Debtor Patrick  Critton bzelenitz@zsdlaw.com,
               jkelly@zsdlaw.com
              Jeffrey L. Sapir-7    info@sapirlaw.com
                                                                                              TOTAL: 2
```